UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL AMEZCUA FARIAS (A-200-700-897),

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-4433 DC CSK

ORDER

Petitioner is an immigration detainee, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 26, 2026, the district court denied petitioner's emergency petition for writ of habeas corpus without prejudice to petitioner filing an amended petition addressing the statutory basis for petitioner's detention raised in respondents' opposition, and referred the matter to the undersigned for all further proceedings. (ECF No. 6.)

Petitioner has not filed an amended petition or otherwise responded to the district court's order. (See Docket.) This Court observes that petitioner previously did not file a reply responding to respondents' arguments in connection with the district court's ruling. (See ECF No. 6.) It appears that at the time petitioner filed this action, his removal was imminent. (ECF No. 5 at 1.) Moreover, according to the government's official DHS United States Immigration and Customs Enforcement Online Detainee Locator System website, as of July 15, 2026, petitioner is no longer in ICE custody. See https//locator.ice.gov/odis.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: July 20, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/fari4433.osc